UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Ramon De La Puerta ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18 -CR- 782 ( GBD )

Defendant Ramon De La Puerta hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


s/ Ramon De La Puerta
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ramon De La Puerta
Print Defendant's Name

s/ Sam Braverman
Defense Counsel's Signature

Samuel M. Braverman
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

DEC 0 8 2020
_____
Date

George B. Daniels
U.S. District Judge/U.S. Magistrate Judge