**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      -against-

RAMON DE LA PUERTA RODRIGUEZ,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOV 1 6 2021

ORDER

18 Cr. 782-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing is scheduled for November 30, 2021 at 11:00 am.

Dated: New York, New York
     November 16, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge