UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **USAO# 2018R01526**<br>**18-cr-00782**<br>**M19-1-14342** |
| -v- | |
| **Ramon De La Puerta Rodriguez**<br>*Defendant.* | **ORDER FOR RETURN OF BAIL** |

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of (seventeen thousand five hundred dollars and sixty three cents), (**$17,500.63**) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **April 14, 2022** the defendant was sentenced by **Hon. George B. Daniels**, U.S.D.J., to **time served, 3 years supervised release, and a $100 special assessment**; and

WHEREAS the defendant's conviction has become final and there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. § 2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **Ramon De La Puerta Rodriguez** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: New York, New York
      January 13, 2026

_____
J. PAUL OETKEN
United States District Judge

**PART I**

CONSENTED TO:

JAY CLAYTON
Acting United States Attorney
Southern District of New York

by: _____      Date: 1/9/26 _____
**AUSA Kyle Wirshba**
**Assistant United States Attorney**
**(212) 637-2493**

2